IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL CURLEY                                                    PLAINTIFF

    v.                              CIVIL NO. 2:16-cv-2081-MEF

NANCY A. BERRYHILL,                                              DEFENDANT
Commissioner of Social Security Administration[1]

## **FINAL JUDGMENT**

This cause is before the court on the Plaintiff's complaint for judicial review of an
unfavorable final decision of the Commissioner of the Social Security Administration regarding
his application for Disability Insurance Benefits. The parties have consented to entry of final
judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with
any appeal to the Court of Appeals for the Eighth Circuit.  The court, having reviewed the
record, the administrative transcript, the briefs of the parties, and the applicable law, and the
parties having waived oral argument, finds as follows, to-wit:

For the reasons announced by the court on the record on March 29, 2017, the court finds
that the decision of the Commissioner of Social Security is supported by substantial evidence,
and the same is hereby affirmed.

IT IS SO ORDERED this the 3rd day of April 2017.


/s/ **Mark E. Ford**
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal
Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as
the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of
section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).